```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09732
   JUDY A IVY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7954


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/30/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    5599.60          84.00         552.12
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED           .00            .00
ASPEN/FB&T                UNSECURED       NOT FILED           .00            .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        2240.00            .00            .00
COLLECTECH                UNSECURED       NOT FILED           .00            .00
CREDIT ONE BANK           UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         316.26            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00            .00
IMAGINE                   UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED           .00            .00
NATIONWIDE CREDIT INC     UNSECURED       NOT FILED           .00            .00
PARK DANSEN               UNSECURED       NOT FILED           .00            .00
PEOPLES GAS & LIGHT       UNSECURED         917.92            .00            .00
UNITED COLLECTIONS        UNSECURED       NOT FILED           .00            .00
USA PAYDAY                UNSECURED       NOT FILED           .00            .00
VALENTINE & KEBARTAS INC  UNSECURED       NOT FILED           .00            .00
TOM KUNZIEL               NOTICE ONLY     NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1020.32            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         200.16            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         626.82            .00            .00
HINSDALE LAKE TERRACE     NOTICE ONLY     NOT FILED           .00            .00
TOM KUNZIEL               NOTICE ONLY     NOT FILED           .00            .00
EMERGE MASTERCARD         UNSECURED         267.92            .00            .00
FREEDOMCARD GOLD MASTERC  UNSECURED         499.06            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                          .36
TOM VAUGHN                TRUSTEE                                          43.52
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09732 JUDY A IVY
```

```
-------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                        680.00

PRIORITY                                                  .00
SECURED                                                552.12
    INTEREST                                            84.00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .36
TRUSTEE COMPENSATION                                    43.52
DEBTOR REFUND                                             .00
                         ---------------         ---------------
TOTALS                         680.00                  680.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/23/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                       PAGE   2
          CASE NO. 07 B 09732 JUDY A IVY